IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC BANK, N.A. and COLUMBIA HOUSING SLP CORPORATION, *as partners in* 2013 TRAVIS OAK CREEK, LP, and 2013 TRAVIS CREEK, LP,<br><br>*Plaintiffs,*<br><br>v.<br><br>2013 TRAVIS OAK CREEK, GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC, CHULA INVESTMENTS, LTD, and RENE O. CAMPOS,<br><br>*Defendants.* | CIVIL ACTION NO. 1:24-CV-30-RP<br>(Severed from<br>Case No. 1:17-CV-584-RP)<br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

COME NOW, 2013 Travis Oak Creek, LP (the "Partnership"), 2013 Travis Oak Creek, GP, LLC ("General Partner"), 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos (excluding the Partnership, collectively "Eureka Parties") and hereby give notice of their desire to appeal pursuant to Federal Rule of Appellate Procedure 3.

1.   The parties taking the appeal are 2013 Travis Oak Creek, LP, 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos.

2.  The judgment from which appeal is taken is Document No. 261, which was entered on January 10, 2024, by the United States District Judge Robert Pitman, and Document No. 258, which is the related Order adopting the Report and Recommendation.

3.  This appeal is taken to the Fifth Court of Appeals.

Respectfully submitted,

VBPENA LAW, PLLC
406 N. Lee Street, Suite 103
Round Rock, Texas 78664
Telephone: (512) 642-8585

By:  */s/ V. Blayre Peña*
V. Blayre Peña
State Bar No. 24050372
Blayre@VBPenaLaw.com
Matt Lightfoot
State Bar No. 241011291
Matt@VBPenaLaw.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel and parties of record as set forth below on February 9, 2024, to wit:

**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Ste. 3700
Dallas, Texas 75202-2799
Telephone: (214) 468-3327
Facsimile: (214) 880-0011
John T. Gerhart, Jr.
jgerhart@huntonAK.com
Grayson L. Linyard
glinyard@huntonAK.com

**ATTORNEYS FOR PLAINTIFFS
PNC BANK, N.A. AND COLUMBIA
HOUSING SLP CORPORATION**

                                        */s/ V. Blayre Peña*
                                        V. Blayre Peña